**Fill in this information to identify the case:**

Debtor name: 1157 MYRTLE LLC

United States Bankruptcy Court for the: EASTERN District of NEW YORK
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.1 Creditor's name**
B IN POWER MECHANICAL INC

**Describe debtor's property that is subject to a lien**
1157 MYRTLE Avenue

Mechanics lien

**Describe the lien**

$ 29500     $ TBD

**Creditor's mailing address**
199 Lee Avenue, Suite 214
Brooklyn, New York 11211

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
SUPREME WOOD FLOORS INC.

**Describe debtor's property that is subject to a lien**
1157 MYRTLE Avenue

**Describe the lien**   Mechanics lien

$ 78151     $ TBD

**Creditor's mailing address**
1072 Madison Avenue
Lakewood, New Jersey 08701

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of ___

Debtor _____  Case number (*if known*)_____
        *Name*

## Part 1: Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__** **Creditor's name**
WORLDWIDE PLUMBING SUPPLY INC.

**Creditor's mailing address**
4002 15th Avenue
Brooklyn, New York 11218

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE Avenue
_____
_____

**Describe the lien**   Mechanics lien

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 24878     $ TBD

---

**2.__** **Creditor's name**
BIG APPLE DESIGNERS INC.

**Creditor's mailing address**
694 Myrtle Avenue
Brooklyn, New York 11205

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
    ❑ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE Avenue
_____
_____

**Describe the lien**   Mechanics lien

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 514720     $ TBD

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor _____ Case number (*if known*)_____
        Name

## Part 1: Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__**

**Creditor's name**
E&W WHOLESALE HARDWARE INC

**Creditor's mailing address**
210 Walworth Street
Brooklyn, New York 11205

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE AVENUE

**Describe the lien** MECHANICS LIEN

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 15000     $ TBD

---

**2.__**

**Creditor's name**
CONNECT DIRECT COMMUNICATIONS INC.

**Creditor's mailing address**
2 Bluefield Drive
Spring Valley, New York 10977

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE AVENUE

**Describe the lien** MECHANICS LIEN

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 10700     $ TBD

Debtor _____  Case number (*if known*)_____
         Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__** **Creditor's name**
MPI PLUMBING CORP

**Creditor's mailing address**
670 Myrtle Avenue, Suite 234
Brooklyn, New York 11205

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE AVENUE

**Describe the lien** MECHANICS LIEN

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ ▼168250

$ TBD

---

**2.__** **Creditor's name**
Myrtle Mixed Use LLC

**Creditor's mailing address**
100 Park Avenue, Suite 2805
New York, New York 10017

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
❑ No
❑ Yes. Have you already specified the relative priority?
   ❑ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
     _____
   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1157 MYRTLE AVENUE

**Describe the lien** Judgment

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

$ 5,956,000

$ TBD

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page ___ of ___

Debtor _____  Case number (*if known*) _____
       Name

### Part 1: Additional Page

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.__**  **Creditor's name**
   Velocity Framers USA INC

**Creditor's mailing address**
   389 Willoughby Ave, Brooklyn, NY 11205

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
❏ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
   1157 MYRTLE AVENUE

**Describe the lien**    MECHANICS LIEN

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$ unliquidated     $ TBD

---

**2.__**  **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
❏ No
❏ Yes. Have you already specified the relative priority?
   ❏ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
❏ No
❏ Yes

**Is anyone else liable on this claim?**
❏ No
❏ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

$_____     $_____

---