UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                          Chapter 11

    1157 MYRTLE LLC,                           Case No. 23-44111-jmm

                Debtor.

----------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion of 1157 Myrtle LLC ("Debtor") [ECF No. 13] seeking entry of an order dismissing its chapter 11 case under 11 U.S.C. §§ 305(a) and 1112(b); and it appearing that appropriate notice has been given; and no objections having been interposed; and sufficient cause existing for the relief requested; and a hearing having been held on March 6, 2024 at which the Debtor and the United States Trustee appeared and were heard, and no objection was filed or heard, it is hereby

**ORDERED**, that the Debtor's chapter 11 case commenced under Chapter 11 of title 11 of the United States Code is dismissed pursuant to 11 U.S.C. §§ 305(a) and 1112(b); and it is further

**ORDERED**, that not later than ten (10) days from the date of the entry of this order, the Debtor shall file with the Court the appropriate monthly operating reports and shall pay to the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest thereon.



Dated: March 8, 2024
      Brooklyn, New York

                                                                                           Jil Mazer-Marino
                                                                 United States Bankruptcy Judge